**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1995**

CASSANDRA HARRISON-BELK; BEVERLY JEAN HARRISON; TANQUONYA
MOANEY, in her official capacity as Special Administratrix
for the Estate of Laniee Marie Moaney,

       Plaintiffs – Appellees,

    and

CYNTHIA DOLLARD; MARIE MOANEY,

       Plaintiffs,

    v.

RICHIE D. BARNES,

       Defendant – Appellant,

    and

ROCKHAVEN COMMUNITY CARE HOME, INCORPORATED,

       Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:07-cv-00054-CMC)

Submitted: February 20, 2009     Decided:  March 25, 2009

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richie D. Barnes, Appellant Pro Se.  Lovic Alston Brooks, III,
BROOKS LAW FIRM, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richie D. Barnes appeals the district court's order awarding attorneys' fees of $22,424, and costs of $1,494.30, to Appellees Cassandra Harrison-Belk, Beverly Jean Harrison, and Tanquonya Moaney, acting as Special Administratrix for the Estate of Laniee Marie Moaney, resulting from their suit for payment of overtime compensation, liquidated damages, attorneys' fees, and other relief under the Fair Labor Standards Act, 29 U.S.C. § 216(b) (2006). We have reviewed the record and determined that the district court did not abuse its discretion in awarding attorneys' fees to Appellees. See Hitachi Credit America Corp. v. Signet Bank, 166 F.3d 614, 631 (4th Cir. 1999) (noting that a district court's decision to award attorneys' fees is reviewed for abuse of discretion). Accordingly, we affirm for the reasons stated by the district court, Harrison-Belk v. Barnes, No. 3:07-cv-00054-CMC (D.S.C. July 31, 2008), and deny as moot Barnes's motion to stay the execution of judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED